1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LAWRENCE THOMAS,

11            Plaintiff,                    No. CIV S-07-0280 FCD GGH P

12        vs.

13   ARNOLD SCHWARZENEGGER, et al.,

14            Defendants.                   FINDINGS & RECOMMENDATIONS

15   _____/

16            By order filed September 12, 2007, the court granted plaintiff thirty days to file a

17   second amended complaint.  In the September 12th order, the court informed plaintiff of the

18   deficiencies in his amended complaint.  The thirty day period has now expired, and plaintiff has

19   not filed a second amended complaint or otherwise responded to the court's order.

20            For the reasons given in the September 12, 2007, order, IT IS HEREBY

21   RECOMMENDED that this action be dismissed without prejudice.  See Local Rule 11-110; Fed.

22   R. Civ. P. 41(b).

23            These findings and recommendations are submitted to the United States District

24   Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within

25   twenty days after being served with these findings and recommendations, plaintiff may file

26   written objections with the court.  The document should be captioned "Objections to Magistrate

1

1  Judge's Findings and Recommendations."   Plaintiff is advised that failure to file objections

2  within the specified time may waive the right to appeal the District Court's order.

3  DATED:  11/27/07

4                                                    /s/ Gregory G. Hollows

                                                   _____
5                                                    GREGORY G. HOLLOWS
                                                     UNITED STATES MAGISTRATE JUDGE
   GGH:035
6  thom0280.fta

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26